UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| EDWARD LEWIS BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No.  1:06-cr-00071-SM-2 |
| | ) |        1:09-cr-00030-GZS-1 |
| UNITED STATES OF AMERICA, | ) |        1:16-cv-00083-GZS |
| | ) | |
| Respondent | ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 20) filed June 7, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

(1)  The pending Section 2255 Motion is hereby transferred to the First Circuit pursuant to 28 U.S.C. §1631 and First Circuit Rule 22.1(e);

(2) Petitioner, through counsel, shall address any further *Johnson*-based requests to the First Circuit pursuant to the appropriate sections of 28 U.S.C. §§ 2244, 2255, notwithstanding this Court's order (ECF No. 19), and notify this Court of the results of his *Johnson* review, notwithstanding this Court's order (*id*), that he file in this Court any supplemental motion for relief based on *Johnson*;

(3) A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 cases, is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

    /s/ George Z. Singal          
United States District Judge

Dated this 14th day of June, 2016.